UNITED STATES of America,
Plaintiff–Appellee,

v.

Lavone Denise JOHNSON,
Defendant–Appellant.

No. 13–10402

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 26, 2013.

Karin Bethany Hoppmann, Christopher Francis Murray, Robert E. O'Neill, U.S.

Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Walter L. Grantham, Jr., Grantham & Montrone, Largo, FL, for Defendant–Appellant.

Before MARCUS, HILL and FAY, Circuit Judges.

PER CURIAM:

Walter Grantham, appointed counsel for Lavone Denise Johnson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Johnson's conviction and sentence are **AFFIRMED**.